IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **SCOTT ELEY, et al.,** | : | Case No. 3:16-cv-00395-WHR |
| Plaintiffs, | : | (Judge Walter H. Rice) |
| v. | : | |
| **ANTOINETTE LANZA, et al.** | : | **ORDER OF DISMISSAL OF COMPLAINT AND COUNTERCLAIM WITH PREJUDICE** |
| Defendants. | : | |

Pursuant to the Joint Stipulation of the parties, the Plaintiffs, Scott Eley, Adam Knudsen, Jack Manning, and Robert Winslow and the Defendant Antoinette Lanza, IT IS HEREBY ORDERED that the Complaint and Counterclaim are hereby dismissed with prejudice. Each party to bear its own costs and attorney fees.

SO ORDERED:

_____
Judge Walter H. Rice

COPIES SENT TO:

James H. Greer, Esq. and David P. Williamson, Esq. *Attorneys for Plaintiffs/Counter-Defendants Scott Eley, Adam Knudsen, Jack Manning, and Robert Winslow,* BIESER, GREER & LANDIS LLP, 6 N. Main Street, Suite 400, Dayton, Ohio 45402-1908

Christine M. Haaker, Esq. and Jessica E. Salisbury-Copper, Esq., *Attorneys for Defendant Antoinette Lanza,* THOMPSON HINE LLP, Austin Landing I, 10050 Innovation Drive, Suite 400, Miamisburg, OH 45342

Ellen M. Maniaci, Esq., *Attorneys for Defendant Antoinette Lanza* THOMPSON HINE LLP, 312 Walnut Street, 14th Floor, Cincinnati, Ohio 45208